# United States Court of Appeals
### For The District of Columbia Circuit

---

| | |
|---|---|
| **No. 16-7124** | **September Term, 2016** |
| | 1:13-cv-01452-RJL |
| | Filed On: April 12, 2017 |

Paul D. Casey, Individually and as administrator of the Estate of Patrick D. Casey and Abigail O. Casey,

    Appellants

    v.

McDonald's Corporation, et al.,

    Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule established by the court's order filed February 6, 2017, be suspended pending further order of the court.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

          BY:    /s/
                    Lynda M. Flippin
                    Deputy Clerk