# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 16-7124                                                September Term, 2016

1:13-cv-01452-RJL

Filed On: June 8, 2017

Paul D. Casey, Individually and as
administrator of the Estate of Patrick D.
Casey, and Abigail O. Casey,

       Appellants

   v.

McDonald's Corporation, et al.,

       Appellees

     **BEFORE:**    Griffith, Srinivasan, and Pillard, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to exceed the length limit for appellees' briefs, it is

**ORDERED** that the motion be denied. "The court disfavors motions to exceed limits on the length of briefs," and appellees have not shown "extraordinarily compelling reasons" warranting an expansion of the word limits. D.C. Cir. Rule 28(e)(1). The following revised briefing format and schedule will now apply:

    Briefs for appellees                                                July 7, 2017
    (up to two briefs, not to exceed
    a combined total of 13,000 words)

    Joint reply brief for appellants                               July 21, 2017
    (not to exceed 6,500 words)

**Per Curiam**